## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: PNC BANK NATIONAL ASSOC. VS. RPM REAL ESTATE INV. INC., et.al.

Case Number: 20 CV 6099

An appearance is hereby filed by the undersigned as attorney for:
DEFENDANT, RPM REAL ESTATE INVESTMENT, INC.

Attorney name (type or print): PHILLIP J. BARTOLEMENTI

Firm: PHILLIP J. BARTOLEMENTI, LTD.

Street address: 53 WEST JACKSON BLVD., SUITE 1401

City/State/Zip: CHICAGO, IL. 60604

Bar ID Number: 06187230
(See item 3 in instructions)

Telephone Number: 312-360-9999

Email Address: PJBLEGAL@HOTMAIL.COM

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11-16-20

Attorney signature: S/ PHILLIP J. BARTOLEMENTI
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015