**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

PNC Bank, National Association

                          Plaintiff,

v.                                                              Case No.: 1:20−cv−06099
                                                            Honorable Joan H. Lefkow

Predrag Knezevic, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

      MINUTE entry before the Honorable Joan H. Lefkow: Telephonic status hearing held and continued to 1/26/2021 at 11:15 a.m. The dial−in information remains the same as the previous minute entry. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.