UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

PNC Bank, National Association

                          Plaintiff,

v.                                                  Case No.: 1:20−cv−06099
                                                     Honorable Joan H. Lefkow

Predrag Knezevic, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 21, 2021:

      MINUTE entry before the Honorable Joan H. Lefkow: Telephonic status hearing and motion hearing held. Counsel stipulate to the leave requested in the motion to exceed limit [26] and the motion is terminated as moot. Fact discovery is extended to 8/31/2021. A status hearing set for 7/7/2021 at 9:30 a.m. Remote access remains the same as in entry [19]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.