IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PREDRAG KNEZEVIC, RPM REAL ESTATE INVESTMENT, INC., NORTH SAWYER HOLDINGS, LTD., and P AND T REAL ESTATE INVESTMENT GROUP, LLC,<br><br>　　　　Defendants. | Case No. 20-cv-6099 |

### MOTION TO AMEND COMPLAINT

PNC BANK, NATIONAL ASSOCIATION, by and through its counsel for its motion pursuant to Federal Rule of Civil Procedure 15(a)(2), states as follows:

1.　PNC filed this action on October 13, 2020.

2.　The complaint alleges, among other things, that the Defendants conspired with three borrowers of PNC such that the borrowers, after receiving their loans proceeds, would transfer a portion of those loan proceeds to the Defendants while at the same time almost immediately defaulting under their payment obligations owed to PNC.

3.　All three of the borrowers referenced in the Complaint are trucking companies.

4.　Since filing this Complaint, PNC has served multiple third-party financial institutions with subpoenas related to the Defendants' bank accounts.

5.　Through the responses provided to the subpoenas and PNC and its counsel's investigation, PNC now believes that the purported scheme was wider than first believed and involved other PNC borrowers as well.

1

6. PNC wishes to amend it complaint to provide the Court and the Defendants with a more complete picture of the scheme alleged by PNC.

7. On December 28, 2020, this Court entered a scheduling order which provides, among other things, that amendments to the pleadings are anticipated and can be sought by motion prior to June 1, 2021.

8. As such, PNC requests leave pursuant to Federal Rule of Civil Procedure 15(a) and this Court's case management to file its amended complaint. A copy of the amended complaint is attached as **Exhibit A**.

WHEREFORE, PNC Bank, National Association respectfully requests that this Court grant it leave to file an amended complaint and for whatever further relief this Court deems just and equitable.

**PNC BANK, NATIONAL ASSOCIATION**

By: /s/ Martin J. Wasserman
      One of its Attorneys

Martin J. Wasserman, ARDC # 6294040
Mona Naser, ARDC #6278114
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Telephone: (312) 382-1600
mwasserman@carlsondash.com
mnaser@carlsondash.com