**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>          Plaintiff,<br><br>   v.<br><br>PREDRAG KNEZEVIC, RPM REAL ESTATE INVESTMENT, INC., NORTH SAWYER HOLDINGS, LTD., and P AND T REAL ESTATE INVESTMENT GROUP, LLC,<br><br>          Defendants. | Case No. 20-cv-6099 |

## NOTICE OF FILING

TO:    See certificate of service

**PLEASE TAKE NOTICE** that on **July 6, 2021**, the undersigned caused to be electronically filed with the Clerk of the United States District Court, for the Northern District of Illinois, **Plaintiff's Motion to Compel and for Rule to Show Cause**, a copy of which is attached hereto and hereby served on you.

                                              **PNC BANK, NATIONAL ASSOCIATION**

                                              By: /s/ Martin J. Wasserman
                                                       One of its Attorneys

Martin J. Wasserman, ARDC # 6294040
Mona Naser, ARDC #6278114
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Telephone: (312) 382-1600
mwasserman@carlsondash.com
mnaser@carlsondash.com

## CERTIFICATE OF SERVICE

      I, Martin J. Wasserman, hereby certify that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF electronic notification system.

                                                               /s/ Martin J. Wasserman