# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

PNC Bank, National Association

                                    Plaintiff,

v.                                                    Case No.: 1:20−cv−06099
                                                             Honorable Joan H. Lefkow

Predrag Knezevic, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable Joan H. Lefkow: The status hearing set for 11/9/2021 is stricken and reset to 11/30/2021 at 11:00 a.m. Remote access remains the same as in entry [19]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.