IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 20-CV-6099 |
| | ) | |
| PREDRAG KNEZEVIC, RPM REAL ESTATE INVESTMENT, INC., NORTH SAWYER HOLDINGS, LTD., and P and T REAL ESTATE INVESTMENT GROUP, LLC., | ) ) ) ) ) | The Honorable Judge Joan H. Lefkow |
| | ) | Magistrate Judge: Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Martin J. Wasserman
mwasserman@carlsondash.com
Mona Naser
mnaser@carlsondash.com
Carlson Dash, LLC.
216 S. Jefferson Street
Suite 504
Chicago, IL. 60661

    PLEASE TAKE NOTICE that on July 15, 2022, the Defendants, Predrag Knezevic, RPM Real Estate Investment, Inc., North Sawyer Holdings, LTD., and P and T Real Estate Investment Group, LLC, filed, with the Clerk of the Northern District of Illinois, the Defendants' Rule 56.1 Statement of Undisputed Facts in Support of Summary Judgment, a copy of which is attached hereto and is herewith served upon you.

Phillip J. Bartolementi, LTD.
53 W. Jackson Blvd.
Suite 1401
Chicago, IL. 60604
(312) 360-9999
A.R.D.C. No. 06187230
pjblegal@hotmail.com

/s/Phillip J. Bartolementi
Phillip J. Bartolementi
Attorneys for Defendants

## PROOF OF SERVICE

    I, Phillip J. Bartolementi, state that I served a copy of Defendants' Rule 56.1 Statement of Undisputed Facts in Support of Motion for Summary Judgment, by electronic mail and by mailing a copy in the U.S. Mail Chute at 53 W. Jackson, Chicago, Illinois, with proper postage prepaid, on July 15, 2022.

/s/ Phillip J. Bartolementi
Phillip J. Bartolementi