**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

PNC Bank, National Association

                Plaintiff,

v.                                  Case No.: 1:20–cv–06099
                                  Honorable Joan H. Lefkow

Predrag Knezevic, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 1, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: The motion by PNC Bank to strike [130] is granted. Defendants' summary judgment submission [122] due not comply with LR 56.1 in numerous respects as is pointed out in PNC Bank's motion. Defendants are given until 8/12/2022 to file an amended submission in full compliance with Rule 56.1 Any responses to the motions for summary judgment are due by 8/26/2022; replies by 9/9/2022. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.