**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PNC BANK, NATIONAL ASSOCIATION,

Plaintiff,

v.

PREDRAG KNEZEVIC, RPM REAL
ESTATE INVESTMENT, INC., NORTH
SAWYER HOLDINGS, LTD., and P AND T
REAL ESTATE INVESTMENT GROUP,
LLC,

Defendants.

Case No. 20-cv-6099

**PLAINTIFF'S OBJECTION AND RESPONSE TO DEFENDANTS' AMENDED**
**MOTION FOR SUMMARY JUDGMENT [DKT. 132]**

Plaintiff, PNC Bank, National Association ("PNC" or the "Bank"), by its attorneys Carlson

Dash, LLC, hereby objects and responds to the Defendants' Amended Motion for Summary Judgment

[Dkt. 132]:

PNC has set forth its bases for its objection and response to Defendants' Motion for Summary

Judgment in its Memorandum of Law in Support of Plaintiff's Opposition to Defendants' Amended

Motion for Summary Judgment and PNC's Memorandum of Law in Support of Plaintiff's Motion for

Partial Summary Judgment which have been filed or are being filed with this Court.

WHEREFORE, PNC respectfully requests that this Court deny Defendants' Motion for

Summary Judgment in its entirety, that is set all disputed matters for trial, and that it award PNC such

further or other, relief the Court finds PNC entitled.

**PNC BANK, NATIONAL ASSOCIATION**

By: ___/s/ *Martin J. Wasserman*_____
One of its Attorneys

Martin J. Wasserman, ARDC # 6294040
C. Douglas Moran, ARDC #6310780
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504

Chicago, IL 60661
Telephone: (312) 382-1600
mwasserman@carlsondash.com
cdmoran@carlsondash.com

Case: 1:20-cv-06099 Document #: 143 Filed: 08/26/22 Page 2 of 2 PageID #:2125